UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                              Chapter 11

NEW YORK SKYLINE, INC.                             Case no. 09-10181

                Debtor.
---------------------------------------------------------x

## ORDER DENYING PLAN CONFIRMATION

      New York Skyline, Inc., the above-named debtor (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), having proposed and filed its Third Amended Plan of Reorganization ("Plan") on or about May 10, 2010, and having filed its Third Amended Disclosure Statement on or about May 10, 2010 (the "Disclosure Statement"), and the Plan and Disclosure Statement having been transmitted to creditors and equity security holders on or about May 18, 2010; and the requirements for confirmation of the Plan set forth in 11 U.S.C. 1129(a) not having been satisfied at the Confirmation Hearing held on June 24, 2010, and upon all of the pleadings filed in this case, and hearings previously held in this case; it is

      ORDERED, that confirmation of the Plan be, and it hereby is, denied without prejudice.

Dated: New York, New York
      July 6, 2010                    **/s/ STUART M. BERNSTEIN**
                                      UNITED STATES BANKRUPTCY JUDGE