UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                    Chapter 11

NEW YORK SKYRIDE, INC.                                   Case No. 09-10181

                         Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

Yosi Edelstein, being duly affirmed, deposes and says: I am over the age of eighteen years, I reside in Kings County, I am not a party herein, and that on the 17th day of August 2010, I caused to be served a true copy of the NOTICE OF MOTION, and DEBTORS MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT WITH SKYRIDE ASSOCIATES, and the DEBTOR'S DISCLOSURE STATEMENT WITH RESPECT TO DEBTOR'S FOURTH AMENDED PLAN OF REORGANIZATION upon the interested parties listed below, at their last known addresses, by regular U.S. Mail, by causing same to be deposited, properly enclosed in post-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the City of New York.

                                             s/ Yosi Edelstein

Affirmed before me this 17th
Day of August, 2010

s/Mark Frankel
Notary Public

Skyride Associates, LLC
30 E 29th St
New York, NY 10016

New York TAB
PO Box 566
New York, NY 10272-0566

City Guide Magazine
1040 Ave. of the Americas
4th Floor
New York, NY 10018

Ratco International Inc.
155 West 29th Street
Unit-Bsmt
New York, NY 10001

NYC Dept of Finance Audit Div.
345 Adams St 5th floor
Brooklyn, NY 11201

Travel Industry Group
1100 New York Ave NW
Suite 450
Washington, DC 20005-3934

Bonded Services
504 Jane Street
Fort Lee, NJ
07024-2549

ASCENSUS
PO BOX #19020A
Newark, NJ 07195-0020

Coffee Distributing Corp.
200 Broadway
PO Box 766
Garden City Park, NY 11040-0766

National Benefit Life
PO BOX 7247-844
Philadelphia, PA 19170-8844

Empire State Building Co.
350 Fifth Ave
New York, NY 10118

Serendipity Publishing, LLC
528 Bridge St. NW
Suite 3
Grand Rapids, MI 49504

Travel Industry Association
1100 New York Avenue NW
Suite 450
Washington, DC 20005-3934

Rudolph J. Di Massa, Jr.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Metropolis Business Publishing
6th floor Davis House
2 Robert Street
Croydon Surrey, United Kingdom

New York Teacher
800 Troy –Schenectady Rd.
Latham, NY 12110-2424

Chris Geiger
62 Valley Vale
Drive
Old Bridge, NJ
08857-2647

Bradley Owens
1141 Kendall Town Blvd
#3305
Jacksonville, FL 32225-7253

Control Screening LLC
2 Gardner Road
Fairfield, NJ 07004-2206

Verizon Wireless
Po Box 489
Newark, NJ 07101-0489

VARIABLE Graphics LLC
256 West 38th Street
5th Floor
New York, NY 10018

NYC & COMPANY
810 Seventh Avenue
3rd Floor
New York, NY 10019

Weaver
2420 Alcott Street
Denver, CO 80211

Staples Inc
300 Arbor Lake Drive
Columbia, SC 29223

National Tour Association
Member srvs
546 East Main St
Lexington, KY 40508-2342

Need It Now Courier
153 West 27th St
NYC, NY 10001-6203

ACTION Corporation
43 Church Street, Suite 605
St. Catharines, Ontario
L2R 7E1

Circle Line
Accounting Dept.
Pier 83 W. 42 ST Hudson River
New York, NY 10036

Eleanor Godson
21 Sheen Park
Richmond Surrey
England TW9 1UN

Wards Ice Cream
93 Sherwood Avenue
Patterson, NJ 07502-1862

Metropolis International (US)
106 Cambridge Place
Suite #2
Brooklyn, NY 11238-2402

Executive Charge, Inc.
1440 39th Street
Brooklyn, NY 11218-3618

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Five Boro Flag, Banner & Sign
220-34 Jamaica Avenue
Queens Village, NY 11428-2141

Group Tour Media, Inc.
2465 112th Avenue
Holland, MI 49424-9657

Group Tour Media, Inc.
2465 112th Avenue
Holland, MI 49424-9657

Huaizhi Li
2118 Mossy Trail Drive
Katy, TX 77450-6661

Liberty Helicopter Tours
Linden Municipal Airport
PO BOX 1338
Linden, NJ 07036-0004

Marianne Balint
30 Roslyn Street
Lane Cove, NSW
Australia 2066

Mohammad A. Allahou
1369 Royal Oak Drive
Pittsburgh, PA 15220-2500

PAR
60 North Prospect Avenue
Lynbrook, NY 11563-1395

Pitney Bowes Global Financial Services LLC
PO Box 856460
Louisville, KY 40285-6460

Robin J. Rodgers
3455 Congress Street
Fairfield, CT 06824-2036

Staples Business Advantage
Dept. NY 85106
PO Box 30851
Hartford, CT 06150-0851

Stern Tannenbaum & Bell LLP
380 Lexington Ave
New York, NY 10168-0002

Progressive Business
370 Technology Drive
PO BOX 3019
Malvern, PA 19355-

The Support Group Inc
24 Prime Park Way
Natick, MA 01760-1528

Staples Credit Plan Dept 56-000029720
po box 9020
Des Moines, IA 50368

The Guardian Life Insurance
PO BOX 530157
Atlanta, GA 30353-

Pam Shaw Design
295 Webster Avenue
Jersey City, NJ 07307-1109

The Time Record Storage Co
628 West 45th Street
New York, NY 10036-1903

the McNeill Group, Inc.
385 Oxford Valley Road
Suite 420
Yardley, PA 19067-7723

Thomas Meckl
Concierge Service
20-58 45th Street
Astoria, NY 11105-1231

United States of America
c/o U.S. Attorney
100 Church St.
New York, NY 10007-2601

Universal Environmental Consulting, Inc.
PO Box 346
Carle Place, NY 11514-0346

Emily Lo
5907 40 Avenue
Southwest #A
Seattle, WA 98136-3609

American International CO
22427 Network Place
Chicago, IL 60673-1224

Associaciation desproprietaries d'autobus du Quebec
225, boul Charest East, st 107
Quebec G1K 3G9

Fire Foe Corp D/B/A
Empire Fire Prevention
36-23 Review Ave
Long Island City, NY 11101

180 Marketing
71 King Street, Suite 301
St. Catharines, Ontario
L2R 3H7

ADMORE
HARDWARE & LOCK
CO
11 East 33rd Street
New York, NY 10016-5002

Aflac New York
Remittance Processing
Services
1932 Wynnton Road
Columbus, GA 31999-0001

Brookbridge Consulting
Services, Inc.
43 Warren Street
New York, NY 10007-1016

CTM Media Group, Inc.
11 Largo Drive South
Stamford, CT 06907-2332

City Guide
Magazine
1040 Ave. of the
Americas
4th Floor
New York, NY
10018-3739

Commercial
Cooling Svc.,
Inc 225 49th St
Brooklyn, NY
11220-1708

Cookies & More
145 Price Parkway
Farmingdale, NY
11735-1318

Eleanor Godson
21 Sheen Park
Richmond Surrey
England TW9 1UN

Empire State Building Co.
350 Fifth Ave
New York, NY 10118-5296
FEDEX KINKO'S
Customer
Administrative Svc
Dallas, TX 75267-2085

Empire Fire
Prevention Cope
36-23 Review Ave
Long Island City, NY
11101-2037

```
Flower Publishing,
Inc.
215 West 40th St
#4L
New York, NY 10018
```

HAMODIA
207 Foster Avenue
Brooklyn, NY 11230-2195

IMG Communications Inc.
546 East Main Street
Lexington, KY 40508-2342

MINICARDS
Maximum USA
79 Main Street
Port Washington, NY 11050-2959
Mark Trincone
100 Baker Ct, #52
Island Park, NY 11558-2265

N.G. Slater Corp.
42 West 38th Street
Suite 1002
New York, NY 10018-6210

Electronic Cinema Service
21707 ClubHollowRoad
Poolesville, MD 20837-9303


**Faraj Sanado**
**2265 West Street**
**Brooklyn, NY**
**11223-5141**

**Empire State**
**Building**
**Company L.L.C.**
**c/o Rudolph J. Di**
**Massa, Jr.,**
**Esquire**
**Duane Morris**
**LLP 30 South**
**17th Street**
**Philadelphia, PA**
**19103-4196**


Hills Balfour
Synergy Lts
Colechurch House
1 London Bridge**Walk**
**London,UK SE1 2SX**



Fire Srvce
Inc.
39-27 59th
Street
Woodside,NY
11377-

**Frank**
**Kiotschinsky**
**28 Belleview**
**Avenue**
**Brookhaven,**
**NY11719-9720**

Konica Minolta Business Sol
Dept. AT
952823
Atlanta, GA
31192-2823


Metropolis International (US)
106 Cambridge Place
Suite #2
Brooklyn, NY
11238-2402


Executive Charge, Inc.
1440 39th Street
Brooklyn, NY
11218-3618


FedEx
PO Box 371461
Pittsburgh, PA
15250-7461


Five Boro Flag, Banner & Sign
220-34 Jamaica Avenue
Queens Village, NY
11428-2141


Group Tour Media, Inc.
2465 112th Avenue
Holland, MI 49424-9657

Huaizhi Li
2118 Mossy Trail Drive
Katy, TX 77450-6661

Liberty Helicopter Tours
Linden Municipal Airport
PO BOX 1338
Linden, NJ 07036-0004

Marianne Balint
30 Roslyn Street
Lane Cove, NSW
Australia 2066

Mohammad A. Allahou
1369 Royal Oak Drive
Pittsburgh, PA 15220-2500

PAR
60 North Prospect Avenue
Lynbrook, NY 11563-1395

Pitney Bowes Global Financial Services LLC
PO Box 856460
Louisville, KY 40285-6460

Robin J. Rodgers
3455 Congress Street
Fairfield, CT 06824-2036

Staples Business Advantage
Dept. NY 85106
PO Box 30851
Hartford, CT 06150-0851

Stern Tannenbaum & Bell LLP
380 Lexington Ave
New York, NY 10168-0002

Progressive Business
370 Technology Drive
PO BOX 3019
Malvern, PA 19355-

The Support Group Inc
24 Prime Park Way
Natick, MA 01760-1528

Staples Credit Plan Dept
56-000029720 po box 9020
Des Moines, IA 50368

**The Guardian Life Insurance
PO BOX 530157
Atlanta, GA 30353-**

Pam Shaw Design
**295 Webster Avenue
Jersey City, NJ 07307-1109**

The Time Record Storage Co
628 West 45th Street
New York, NY 10036-1903

the McNeill Group, Inc.
**385 Oxford Valley Road
Suite 420
Yardley, PA 19067-7723**

Thomas Meckl
Concierge Service
20-58 45th Street
Astoria, NY 11105-1231

United States of America
c/o U.S. Attorney
100 Church St.
New York, NY 10007-2601

Universal Environmental Consulting, Inc.
**PO Box 346**
Carle Place, NY 11514-0346

Emily Lo
5907 40 Avenue
Southwest #A
Seattle, WA 98136-3609

American International CO
22427 Network Place
Chicago, IL 60673-1224

Associaciation desproprietaries d'autobus du Quebec
225, boul Charest East, st 107
Quebec GIK 3G9

Fire Foe Corp D/B/A
Empire Fire Prevention
36-23 Review Ave
Long Island City, NY 11101

.

.

180 Marketing
71 King Street, Suite 301
St. Catharines, Ontario
L2R 3H7

Brookbridge Consulting
Services, Inc.
43 Warren Street
New York, NY 10007-1016

Commercial Cooling
Svc., Inc 225 49th St

Brooklyn, NY 11220-1708

Empire State Building Co.
350 Fifth Ave
New York, NY 10118-5296

Flower Publishing, Inc.
215 West 40th St #4L
New York, NY 10018

MINICARDS
Maximum USA
79 Main Street
Port Washington, NY 11050-2959

Electronic Cinema
Service
21707 ClubHollowRoad
Poolesville, MD
20837-9303

Faraj Sanado
2265 West Street
Brooklyn, NY 11223-5141

Hills Balfour
Synergy Lts
Colechurch House
1 London BridgeWalk
London,UK SE1 2SX

Frank Kiotschinsky
28 Belleview Avenue
Brookhaven, NY 11719-9720

ADMORE HARDWARE & LOCK
CO
11 East 33rd Street
New York, NY 10016-5002

CTM Media Group, Inc.
11 Largo Drive South
Stamford, CT 06907-2332

Cookies & More
145 Price Parkway
Farmingdale, NY 11735-1318

FEDEX KINKO'S
Customer Administrative Svc
Dallas, TX 75267-2085

HAMODIA
207 Foster Avenue
Brooklyn, NY 11230-2195

Mark Trincone
100 Baker Ct, #52
Island Park, NY 11558-2265

Empire State Building
Company L.L.C.
c/o Rudolph J. Di Massa,
Jr., Esquire
Duane Morris LLP

Konica Minolta
Business Sol
Dept. AT 952823
Atlanta, GA 31192-2823

Aflac New York
Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31999-0001

City Guide Magazine
1040 Ave. of the
Americas
4th Floor
New York, NY 10018-3739

Eleanor Godson
21 Sheen Park
Richmond Surrey
England TW9 1UN

Empire Fire Prevention Cope
36-23 Review Ave
Long Island City, NY 11101-2037

IMG Communications Inc.
546 East Main Street
Lexington, KY 40508-2342

N.G. Slater Corp.
42 West 38th Street
Suite 1002
New York, NY 10018-6210

30 South 17th Street
Philadelphia, PA 19103-4196

Fire Srvce Inc.
39-27 59th Street
Woodside,NY 11377-