UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    Chapter 11

THE FAMILY T LLC                                         Case no. 10-47076

                        Debtor.
------------------------------------------------------------x

## APPLICATION FOR FINAL DECREE

        The Family T LLC, the debtor herein (the "Debtor"), by its attorneys, Backenroth Frankel & Krinsky, LLP, as and for its application for a final decree respectfully represent as follows:

1. On December 16, 2010, this Court entered an order (the "Order") confirming the Debtor's plan of reorganization (the "Plan").

2. The terms of the Plan have been substantially consummated.

3. By this application the Debtor seeks the entry of a final decree declaring the Debtor's Chapter 11 case closed.